## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:19CR329 |
| vs. | ) | |
| WARREN LEE MACKEY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [53]. Counsel needs additional time to prepare for trial or continue to resolve the matter short of trial. The defendant is also exploring the possibility of retaining different counsel. Although the government opposes the motion, the undersigned magistrate judge finds that good cause has been shown for the requested continuance.  Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [53] is granted, as follows:

1. The jury trial, now set for April 27, 2021, is continued to **July 6, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 6, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  April 9, 2021.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**