# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:19CR329 |
| vs. | ) | |
| WARREN LEE MACKEY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Continue Trial [66]. Plaintiff's counsel is unavailable July 27, 2021, due to annual military service. The defendant does not oppose the requested continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [66] is granted, as follows:

1. The jury trial, now set for July 27, 2021, is continued to **August 10, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 10, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny the government continuity of counsel, or the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** June 23, 2021.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**