IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CASE NO. 8:19CR329** |
| | ) | |
| | ) | **ORDER** |
| WARREN L. MACKEY, | ) | |
| Defendant. | ) | |

Defendant Warren L. Mackey moved the Court to permit one of his witnesses – a Minneapolis-based forensic sleep expert – to testify via live remote videoteleconferencing. (Filing No. 80).

The Court, being fully advised in the premises, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Warren L. Mackey will be permitted to call this witness via the Court's videoteleconferencing system, subject to all other applicable Federal Rules of Evidence.

BY THE COURT:

Date: 9/21/2021

s/ Joseph F. Bataillon
Senior United States District Judge