IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>WARREN LEE MACKEY,<br><br>               Defendant. | **8:19CR329**<br><br>**ORDER** |

The Court has reviewed the presentence report concerning restitution, the government's submission (Filing No. 130) and the Defendant's submission (Filing No. 133). The Court finds that the government's requested restitution is authorized by law and is unrebutted by any evidence. The Court will order the requested restitution as provided in the Judgment in the Criminal Case (Filing No. 135).

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2022.

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          Senior United States District Judge