IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WARREN LEE MACKEY,<br><br>        Defendant. | **8:19CR329**<br><br>**ORDER** |

This matter is before the Court on defendant's motion for reconsideration, Filing No. 167.  The Court hereby orders the government to respond to this motion within 7 days of the date of this Order.   IT IS SO ORDERED.

Dated this 23rd day of April, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge