IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WARREN LEE MACKEY,<br><br>　　　　　Defendant. | **8:19CR329**<br><br><br>**ORDER** |

　　　　This matter comes before the Court on Defendant's oral motion for return of property under Fed. R. Crim. P 41(g).  Having heard argument from the parties and received evidence at a hearing on May 13, 2024, the Court finds that the motion should be granted.  It is therefore ordered that:

1. The United States Attorney's Office Financial Litigation Unit shall return the tax-return proceeds seized from the Defendant.  Specifically, the United States Attorney's Office shall return to Warren L. Mackey: 1) $1800 seized on April 14, 2023 (TOP Trace Number 194344418) and 2) $1046.40 seized on April 14, 2023 (TOP Trace Number 194368948).

2. These funds shall be remitted to:

   Federal Bureau of Prisons
   Warren L. Mackey #31384-047
   P.O. Box 474701
   Des Moines, IA 50947-0001

3. These funds are due and payable to the Defendant immediately.

Dated this 21st day of May, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge