IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR329 |
| vs. | ORDER |
| WARREN LEE MACKEY, | |
| Defendant. | |

This matter is before the Court on the defendant's pro se motion (Filing No. 185) requesting the Clerk of Court provide him with "a complimentary copy of each of the 'criminal docket history'" of the above-captioned case, as well as a copy of the docket in the civil case[1] opened for statistical purposes when he filed his motion under 28 U.S.C. § 2255 on March 9, 2023, because he is indigent. The defendant does not state a purpose for requesting such copies.

A defendant does not have the right to receive copies of documents without payment, even if he is indigent. See 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). The defendant's motion under § 2255 was summarily denied on May 15, 2024, and the Court did not issue a certificate of appealability. Neither statutory authority nor this Court's practice requires the provision of free copies of court records to the defendant for no stated purpose and under these circumstances. Therefore, the Court is not inclined to order a copy of requested court documents at the government's expense. The defendant may pay for copies of the docket sheet at the established rate of 50¢ per page. Accordingly,

**IT IS ORDERED** that the defendant's pro se motion (Filing No. 185) requesting free copies of his docket sheet is denied.

Dated this 22nd day of July, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

---

[1] Case number 8:23CV87.