IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WARREN LEE MACKEY,<br><br>        Defendant. | **8:19CR329**<br><br>**ORDER** |

This matter is before the Court on Defendant's motion for DNA testing, Filing No. 184, in accordance with 18 U.S.C. § 3600. The Court would like additional briefing on this matter from the government.

THEREFORE, IT IS ORDERED THAT the government shall respond to this motion within 30 days of this date of this Order.

Dated this 23rd day of September, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge